Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RICHARD C. HENNING, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING<br>    Plaintiff,<br><br>vs.<br><br>LE BOULANGER, INC., a California corporation, d/b/a LE BOULANGER; J.R. WEST, INC., a California corporation, d/b/a JOHNNY ROCKETS; SMOOTHINATOR, INC., a California corporation, d/b/a JAMBA JUICE; TRINH SAN TUA, an individual, d/b/a MAIN STREET BAGEL; MAIN STREET SHOPPING CENTER, LLC, a California limited liability company; and DOES 1-20 inclusive,<br>    Defendants. | **Case No. 5:14-CV-00708-PSG**<br><br>*Civil Rights*<br><br>**[PROPOSED] COURT ORDER GRANTING EX PARTE TO SHORTEN TIME**<br><br><br>Complained filed on February 14, 2014 |

Good cause having been shown, the Court grants Plaintiff's request to hear Plaintiff's Motion for Administrative Relief on 5/29/2014 at 10:00 a.m. (SPECIAL SET)

IT IS SO ORDERED

Dated: 5/23/2014

                                                      Hon. Paul Singh Grewal, United States Magistrate Judge

Page 1

Case No. 5:14-CV-00708-PSG