

Alden J. Parker, State Bar No. 196808
Josh H. Escovedo, State Bar No. 284506
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant
Le Boulanger, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br><br>    Plaintiff,<br><br>v.<br><br>LE BOULANGER, INC., a California corporation, d/b/a LE BOULANGER; J.R. WEST, INC., a California corporation, d/b/a JOHNNY ROCKETS; SMOOTHINATOR, INC., a California corporation, d/b/a JAMBA JUICE; TRINH SAN TUA, an individual, d/b/a MAIN STREET BAGEL; MAIN STREET SHOPPING CENTER, LLC, a California limited liability company; and DOES 1-20 inclusive,<br><br>    Defendants. | Case No. 5:14-CV-00708-PSG<br><br>**DEFENDANT LE BOULANGER, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Date: April 7, 2015<br>Time: 10:00 a.m.<br>Courtroom: 5<br>Judge: Magistrate Judge Paul Singh Grewal<br><br>Second Amended Complaint Filed:<br>March 13, 2014 |

Defendant Le Boulanger, Inc. hereby respectfully requests to appear telephonically at the Status Conference scheduled for April 7, 2015, at 10:00 a.m. before the Honorable Paul Singh Grewal.

Respectfully submitted,

Dated:  March 31, 2015

**weintraub|tobin** chediak coleman grodin
law corporation
By:_____/s/ Alden J. Parker_____
      Alden J. Parker, State Bar No. 196808